FILED
MAILROOM
APR 27 2026
CLERK, U.S. DISTRICT COURT

United States District
Court Eastern District
of Virginia
Alexandria Division
April 8, 2026

To: Hani Clark
From: Alexis R. Brown
RE: Appeal Courts Ruling

Case 1:26-CU-783 (LMB/LRU)

Dear, Clark

I told this Hani Court This Jail
was not giving me my legal mail
when it came in or held my out
Going legal mail. The Civil Action
Case # Brown v. Unknown No 126-
CU-52 (LMB/WEF) (ED. Va dism.
Jan 13, 2026 I was not given a
Review Any notice This Action was
Dismiss. Next I Appeal All my
Civil Actions to the 4th cir. Court
of Appeals in Richmond, Va.
I want To Appeal that Civil Action
On Chesapeake City Jail medical Dept.
(MD) mr. Tyler. 101

Pg 2 of 6

I do here Wish To Appeal
This Civil Action As well
I did Send In Statements to
This Court Showing Where I Inform
Jail Stuff And Im on A Recorded
Phoneline with A Former law attion
Who Call This Jail many Times to tell
Them to Remove me From This (m) Back
That These Gang Mebers Was going
To Rob & Beat me up. This Hon:
Judge (Leonic M. Brinkema)

I will By All means have The
Federal Gov. 2 me Report her For
Being (Bi-ss) And Predudice
Toward the mental ill, I Wrote
(4) letters to The Gov Gr. St. Nolk.
Va Federal Courts In Norfolk, Va
For 1983 Forms I Never Receive
Any Forms I Told you This Jail
Was holding Back Jr my legal mail
In Coming And Out Going. Thatts Why
I file Brief Motions up. I
Been Doing This Since the 1990s.

Pg 3 of 6

Next The Chesapeake Cir. Civil Court Hon: Judge Order And Inform me Plaintiff petitioner Aug 10, 2022 10 Am In the City of Chesapeke, Virginia That I petitioner Not Sign on Report or go By The Name Daniel Lee Brown from This Date forward Aug 10, 2022 There Is No Daniel Lee Brown Any More The Name has Been Expound from All file² Records (Ects) The Name Is Now As Said In the Court Order Alexis Rose Brown Sex (F) That Is on my D.M.U. Record And my SSI Card Its Alexis Rose Brown I will Inform The higher Up Hon: Courts That This Judge Needs to Positih your Self for Accounted in 11 oty because Its Coming In Form of Avalanche No Is Above The Law Judge! Don't Assault my Intelligence your Honorodle Judge. you will Read About This Judge you don't know Whats Going On with my Self ect,,

Pg 4 of 6

This Jail Han: Judge. But
I will Say I Alexis Rose Brown
Will Indeed have The Last Laugh In
That higher up Federal Court Room
With my 12 peers of Grand Judge.

I Know how to file 2254 or 55
Writ. And (Civil (1983) I Know What's
Going On Han: Judge I Inform
my Federal Gov. Case Worker of
This Issue with This City Jail + Stuff
And Chesapeake Cir. Courts. Everything
Leaves A Digital foot Print And A
Paper Trail That Follows. I will
Inform The Han: 4th Cir Court of
Appeals In Richmond, Virginia.
I was found By The Federal Rules
Disabled under The Rules years Ago.
I have A Payee/ Rep. / Caregiver/
my Wife (Mary Ann Johnson) SSDI
I was Born With A Birth Deffect.
Please Bring This Filing Han: Clerk
To This Courts Han: At your
first Convenience Please. //

Pg 5 of 6

I will file Another Brief of Sprint
In with my Appeal And I will
Pay the "Fileing fee" Judge.
Send me The (Former puppies)
Paper I'll use my Well Fargo.
Bank Card. I have my Card # with
me here At The Jail. I Just ask
This Court to help me get A lawyer
To Assist me In my Civil Actions.
I Do hearby Alexis Rose Brown
Appeal These Cases. here They Are

Brown V. Unknown, No 1:26-CV-
52 (LMB/WEF) E.D. Vadism
Jan. 13, 2026 And The following
Brown V. Unknown, No 1:26-CV-
783 (LMB/LRV) Dated march, 26,2026
Please I here By have Aidee Record
Phone Cale's Where I Inform Jail Stuff,
And my Female Friend Who Law Inforcement
Call This Jail many Times Inform The
Stuff of Chesapeake City Jail let Them
Know What Was going on. Nothing happen
They Kept me In The (M) Block. ///
And I Did list The Defendants Names In
my Civil Actions 1983 !

Pg 6 of 6

I here By Alexis Rose Brown Inmate At Chesapeake City Jail #64190 On This Day of April 8, 2026 mailed A true Copies In to this Hon Clerk of Court United States District Court Eastern District Alexandria Division, The Plaintiff & Petitioner Is Not f/k/a Daniel Lee Brown This Court Is In Vilotion of A Civil Cir. Court order By The Hon Judge of The City of Chesapeake, Virginia 307 Albemarle DR. Suit 300 A Chesapeake, Va 23322 (757) 382-3037 )Hon: Clerk of Civil Diviso order on Aug 10, 2022 at 10:00 Am ...

#64190
Alexis R. Brown

Thank you for your Generosity
Truly Alexis R. Brown

cc: All Defendants, In Actions)
A.C.L.U., Intake Counsle
Federal Gov. Administration (SSDI) (SSI)

CC: Alexis R. Brown #64190
U.S. 4th Cir Court of Appeals, Clerk Judiciary Review Broad 3-Panel Judges, Richmond, Virginia, Intake Office of Attorney General's, Intake Hon: Government office, Virginia, Intake